IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RYAN EAGLES AND MICHELLE EAGLES
AS PARENTS AND NEXT FRIEND OF K.E., A MINOR             PLAINTIFF

vs.                          CASE NO. 5:19-cv-97-JM

HABILITATION CENTER, LLC, A FOREIGN
LIMITED LIABILITY COMPANY,
D/B/A MILL CREEK OF ARKANSAS
A/K/A MILLCREEK BEHAVIORAL
HEALTH AND ACADIA HEALTHCARE
COMPANY, INC., A FOREIGN CORPORATION                    DEFENDANTS

**ORDER**

The Court has been advised that the parties have reached a settlement in this case.

Accordingly, this case is dismissed with prejudice.   The clerk is directed to close the case.

IT IS SO ORDERED this 11th day of September, 2020.

_____
James M. Moody Jr.
United States District Judge